UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Z.S., by his parent A.C., and all persons similarly situated,

Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION and KAMAR H. SAMUELS, in his official capacity as Chancellor of the New York City Department of Education,

Defendants.

Case No. 1:26-cv-04607

**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE STIPULATION AND PROPOSED ORDER OF SETTLEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Stipulation and Proposed Order of Settlement, the Declaration of Gregory F. Laufer dated July 30, 2026 ("Laufer Decl."), the exhibits attached thereto, the Declaration of Roberta L. Mueller dated July 30, 2026, and all other papers and proceedings in this action, Plaintiff will move at a date and time to be determined by the Court, for an Order to:

1) Certify, for settlement purposes only, a class defined as "all present and future students enrolled in a District 75 school, except those enrolled in a District 75 program solely for the purpose of receiving day treatment or home and hospital instruction, about whom a complaint is made to the New York City Department of Education that the student has been a victim of corporal punishment and/or verbal abuse as defined in Chancellor's Regulations A-420 and A-421";

2) Appoint Paul, Weiss, Rifkind, Wharton & Garrison LLP and New York Lawyers for the Public Interest as counsel for the certified class;

3) Preliminarily approve the Stipulation and Proposed Order of Settlement, *see* Laufer Decl. Ex. A;

4) Schedule the fairness hearing after preliminarily approving the Stipulation and Proposed Order of Settlement; and

5) Direct notice to class members in the long and short forms agreed to by the parties, *see* Laufer Decl. Exs. B and C, advising class members of the scheduled fairness hearing.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Gregory F. Laufer*

Gregory F. Laufer
Lissette Duran
Eric E. Stern
Edward S. Friedman
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
glaufer@paulweiss.com
lduran@paulweiss.com
eestern@paulweiss.com
efriedman@paulweiss.com

*Counsel for Plaintiff*

Roberta Mueller
William Juhn
**NEW YORK LAWYERS FOR THE PUBLIC INTEREST**
151 West 30th Street, 11th Floor
New York, NY 10001-4017
Telephone: (212) 244-4664
rmueller@nylpi.org
wjuhn@nylpi.org

*Counsel for Plaintiff*